UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANWAR PEREZ ROJAS, | Case No.  CV-08-3819-JF |
| Plaintiff, | |
| | ORDER TO SHOW CAUSE RE: |
| V. | DISMISSAL |
| HAWGS SEAFOOD BAR, | |
| Defendants. | |

The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on March 13, 2009 at 10:30 a.m. No appearance was made by Plaintiff.  The Court hereby issues this ORDER TO SHOW CAUSE, to be heard on April 17, 2009 at 10:30  a.m., as to why this action should not be dismissed for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by April 10, 2009, demonstrating why the case should not be dismissed, the Court  will dismiss the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date: March 16, 2009

_____
JEREMY FOGEL
United States District Judge