**E-Filed 6/1/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>HAWGS SEAFOOD BAR, INC., STEVEN HARDIN, and DOES 1-10,<br><br>    Defendants. | Case Number C 08-03819 JF (PVT)<br><br>DEFAULT JUDGMENT |

Defendants' answer having been stricken by this Court's order of May 5, 2009, and Defendants having failed to file a proper answer within the time provided,

Default judgment is hereby entered against Defendants.

DATED: 6/1/09

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

2  Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Hawgs Seafood Bar, Inc.
   1700 West Campbell Avenue
4  Campbell, CA 95008

5  Steven Hardin
   1700 West Campbell Avenue
6  Campbell, CA 95008

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. CV 08-03819 JF (PVT)
DEFAULT JUDGMENT
(JFLC2)