**E-Filed 6/4/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>        Plaintiff,<br><br>        v.<br><br>HAWGS SEAFOOD BAR, INC., STEVEN HARDIN, and DOES 1-10,<br><br>        Defendants. | Case Number C 08-03819 JF (PVT)<br><br>AMENDED DEFAULT JUDGMENT |

    The answer of Defendant Hawgs Seafood Bar, Inc. ("Hawgs") having been stricken by this Court's order of May 5, 2009, and Hawgs having failed to file a proper answer within the time provided,

    Default judgment is hereby entered against Hawgs.

DATED: 6/4/09

                                              _____
                                              JEREMY FOGEL
                                              United States District Judge

Case No. CV 08-03819 JF (PVT)
DEFAULT JUDGMENT
(JFLC2)

1  This Order was served on the following persons:

2  Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Hawgs Seafood Bar, Inc.
   1700 West Campbell Avenue
4  Campbell, CA 95008

5  Steven Hardin
   1700 West Campbell Avenue
6  Campbell, CA 95008

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. CV 08-03819 JF (PVT)
DEFAULT JUDGMENT
(JFLC2)