UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAWGS SEAFOOD BAR, INC., et al.,<br><br>　　　　Defendants.<br>_____ | Case No.: C 08-3819 JF (PVT)<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL AND EXTENDING TIME FOR PLAINTIFF TO RESPOND** |

On May 2, 2009, Plaintiff filed a motion to compel Defendant Steven Hardin to respond to discovery requests.[1] Defendant Hardin, representing himself *in pro per*, has not filed a written opposition to the motion pursuant to Civil Local Rule 7-3(a). Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to compel is continued to June 30, 2009, in order to inform Defendant of the need for a written response to the motion, and allow one last opportunity for him to file one. The deadline for Defendant Hardin to file a written response to Plaintiff's motion is continued to June 16, 2009. The deadline for Plaintiff to file any reply is continued to June 23, 2009.

Dated: *6/5/09*

　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1]　　The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    *6/5/09*            to:

Steven Hardin
1700 W. Campbell Avenue
Campbell, CA 95008

                         */s/ Donna Kirchner*          *for*
                         CORINNE LEW
                         Courtroom Deputy