ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax: (408) 416-0248

**E-Filed 7/9/2009**

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HAWGS SEAFOOD BAR, INC., STEVEN HARDIN, and DOES 1-10,<br><br>　　　　Defendants | Case No: C08-3819 JF<br>ORDER APPROVING<br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT**<br><br>Date:  July 10, 2009<br>Time: 10:30 a.m.<br>Judge: Jeremy Fogel |

Plaintiff filed this Case Management Statement on the status of this case:

This is a simple wage and hour case originally filed against Defendants Hawg's Seafood Bar Inc. and Steven Hardin.  Mr. Hardin filed an answer on behalf of himself and corporate Defendant Hawg's Seafood Bar Inc.  The Court stroke the answer filed on behalf of Defendant Hawg's Seafood Bar Inc. because it was filed by a non-attorney.  Subsequently, a default was entered against it, leaving Steven Hardin the only remaining Defendant.

On June 30, 2009, the Court granted Plaintiff's motion to compel discoveries ordering Defendant Mr. Hardin to provide discoveries no later than July 15, 2009.  The Curt also warned Mr. Hardin of the consequences of failure to comply with the Court's order of up to terminating sanctions.  As of this date, Plaintiff still has not received any response from Mr. Hardin.

In light of the Court June 30, 2009 order, Plaintiff requests that the Court set a further Case Management Conference on July 24, 2009.

---

**PLAINTIFF'S CASE MANAGEMENT STATEMENT**
**Rojas v. Hawg's Seafood Bar Inc.  et al.**
　　　　　　　　　　　　　　　1　　　　　　　　Case No.　　C08-3819 JF

1

2     Dated : July 7 2009

3
                                                            _____
4                                                                  Adam Wang

5

6     IT IS SO ORDERED.  The Case Management Conference is continued to July 24, 2009.

7

8     Dated:  7/9/2009                              _____
                                                    JEREMY FOGEL
9                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**PLAINTIFF'S CASE MANAGEMENT STATEMENT**
<u>**Rojas v. Hawg's Seafood Bar Inc. et al.**</u>

2                              Case No.    C08-3819 JF