**E-Filed 12/2/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HAWGS SEAFOOD BAR, INC., et al.,<br><br>　　　　　　Defendants. | Case Number C 08-3819 JF (PVT)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION THAT TERMINATING SANCTIONS BE IMPOSED AGAINST DEFENDANT HARDIN<br><br>[re: docket no. 50] |

On October 21, 2009, Magistrate Judge Patricia V. Trumbull filed a Report and Recommendation that this Court impose terminating sanctions against Defendant Hardin. Specifically, Judge Trumbull recommended that Defendant Hardin's answer be stricken, that default be entered, and that Plaintiff be permitted to move for default judgment. No objections were filed. The Court has reviewed Judge Trumbull's recommendation and the record in this case in conformity with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and Civil Local Rule 72-3. The Court concurs with and adopts in its entirety the Report and Recommendation of Judge Trumbull.

1      Plaintiff shall file a motion for default judgment on or before December 11, 2009.
2 Plaintiff shall contact the Court's administrative law clerk at 408-535-5426 to reserve a hearing
3 date for the motion for default judgment.
4      The Case Management Conference set for December 4, 2009 is CONTINUED to
5 February 12, 2009 at 10:30 a.m.
6      IT IS SO ORDERED.

DATED: 11/30/2009

_____
JEREMY FOGEL
United States District Judge