**E-Filed 1/20/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HAWGS SEAFOOD BAR, INC., et al.,<br><br>　　　　　Defendants. | Case Number C 08-3819 JF (PVT)<br><br>ORDER[1] GRANTING MOTION FOR DEFAULT JUDGMENT; AND GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS |

　　　Plaintiff's motions for default judgment and for attorneys' fees and costs were heard on January 15, 2010. Defendants did not appear or file opposition to the motions. The motions are well-taken, and Plaintiff has provided ample support for an award of damages in the amount $35,334.25 and for an award of attorneys' fees and costs in the amount of $33,584.40. Accordingly, for good cause shown and without opposition, the motions for default judgment and attorneys' fees and costs are GRANTED.

　　　IT IS SO ORDERED.

DATED: 1/15/2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This order is not designated for publication in the official reports.

Case No. C 08-3819 JF (PVT)
DEFAULT JUDGMENT
(JFLC2)

1 | Copies of Order served on:
2 |
3 | Adam Wang    adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
4 | Steven Hardin
   | 1700 West Campbell Avenue
5 | Campbell, CA 95008