# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>HAWGS SEAFOOD BAR, INC., et al.,<br><br>Defendants. | Case Number C 08-3819 JF (PVT)<br><br>DEFAULT JUDGMENT |

Plaintiff's motions for default judgment and for attorneys' fees and costs having been granted,

Default judgment is HEREBY ENTERED in favor of Plaintiff and against Defendants Hawgs Seafood Bar, Inc. and Steve Hardin in the amount of $35,334.25. Plaintiffs are awarded $33,584.40 in attorneys' fees and costs.

DATED: 1/15/2010

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Judgment served on:
2 |
3 | Adam Wang    adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
4 | Steven Hardin
5 | 1700 West Campbell Avenue
  | Campbell, CA 95008