**\*\* E-filed December 15, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANWAR PEREZ ROJAS,<br><br>　　　　Plaintiff,<br>　v.<br><br>HAWGS SEAFOOD BAR, INC.; STEVEN HARDIN; and DOES 1-10,<br><br>　　　　Defendants.<br>_____/ | No. C08-03819 JF (HRL)<br><br>**ORDER FOR EXAMINATION OF JUDGMENT DEBTOR**<br><br>[Re: Docket No. 70] |

　　　　To Steven Hardin, Matthew Hardin, and Sara Grace Hardin:

　　　　**Notice to Judgment Debtor: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.**

　　　　You, the above-named Judgment Debtor are HEREBY ORDERED to appear personally on **January 20, 2012 at 1:30 p.m.**, before Magistrate Judge Howard R. Lloyd, located at 280 South First St., San Jose, CA 95113, Courtroom 2, Fifth Floor, then and there to be examined under oath concerning your property or other matters material to the proceedings.

　　　　This order must be served on the defendant no less than ten days before the hearing.

　　　　**IT IS SO ORDERED.**

1 | Dated: December 15, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C08-03819 JF (HRL) Notice will be electronically mailed to:**

2 | Adam Wang                    adamqwang@gmail.com

3 | **Notice will be provided by mail to:**

4 | Steven Hardin
Hawgs Seafood Bar, Inc.
1700 West Campbell Avenue
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California