1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

** E-filed January 6, 2012 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANWAR PEREZ ROJAS,

        Plaintiff,

   v.

HAWGS SEAFOOD BAR, INC.; et al.,

        Defendants.

_____/

No. C08-03819 JF (HRL)

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND**
**[Re: Docket No. 73]**

On December 15, 2011, this court granted plaintiff's motion for a judgment debtor exam of three individuals. Dkt. No. 72. The plaintiff did not provide a proposed order, so the court drafted one. Good cause now appearing, the court GRANTS plaintiff's motion to amend that order to clarify between the one individual who is a judgment debtor, Steven Hardin, and the two who are third parties, Sara Hardin and Matthew Hardin, using the California Judicial Council forms provided by plaintiff.

    **IT IS SO ORDERED.**

Dated: January 6, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C08-03819 Notice will be electronically mailed to:**

Adam Wang                    adamqwang@gmail.com

**Notice will be provided by mail to:**

Steven Hardin
Hawgs Seafood Bar, Inc.
1700 West Campbell Avenue
Campbell, CA 95008

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California